UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:03CR198 (RNC) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| CARLOS LEBRON, | : | |
| DEFENDANT | : | NOVEMBER 3, 2004 |

### DEFENDANT CARLOS LEBRON'S
### MOTION FOR CONTINUANCE OF SENTENCE

The defendant, CARLOS LEBRON, by and through undersigned counsel, respectfully moves this Court to continue his sentencing date for ninety (90) days. Mr. Lebron's sentencing date is currently scheduled for November 8, 2004. In support of this motion, defense counsel represents as follows:

1. On or about October 2, 2003, the defendant pled guilty to one count of Conspiracy To Distribute Narcotics in violation of 21 U.S.C. §§841 and 846.

2. Since that date, the defendant has been interviewed by the United States Attorney's Office and members of law enforcement for the purposes of assisting in the prosecution of federal crimes. The defendant's assistance

        is ongoing, and as such would be compromised by the defendant's sentencing on November 8, 2004.

3. The undersigned believes that the interests of justice would be furthered by allowing the defendant to continue to assist law enforcement prior to his sentencing.

4. The undersigned has spoken to Assistant United States Attorney H. Gordon Hall regarding the defendant's motion, and the government does not object to the undersigned's request.

5. This is CARLOS LEBRON'S fifth motion for a continuance of his sentencing date.

WHEREFORE, the defendant CARLOS LEBRON respectfully requests that his motion for a continuance of sentencing be granted.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
CARLOS LEBRON


BY_____
   Bruce D. Koffsky, Esq.
   Law Offices of Bruce Donald Koffsky
   1200 Summer Street
   Suite 201B
   Stamford, CT  06905
   Tel.: 203-327-1500
   Fax: 203-327-7660
   Federal Bar No.: ct03772

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, via U.S. Mail, postage prepaid, this 3rd day of November, 2004 to all counsel and pro se parties of record as follows:

AUSA Peter Markle
Office of the United States Attorney
Connecticut Financial Center
157 Church Street
23rd Floor
New Haven, CT  06510

AUSA H. Gordon Hall
Office of the United States Attorney
Connecticut Financial Center
157 Church Street
23rd Floor
New Haven, CT  06510

Peter Schaffer, Esq.
1127 High Ridge Road
#330
Stamford, CT 06905-1203

Matthew Collins, Esq.
519 Center Street
Manchester, CT  06040

Timothy Aspinwall, Esq.
3200 Main Street
Stratford, CT  06614

Dan E. LaBelle, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

Ira B. Grudberg, Esq.
350 Orange Street
P.O. Box 606
New Haven, CT  06503

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT  06511

John F. Cicilline, Esq.
387 Atwells Avenue
Providence, RI  02909

Robert P. Pickering, Esq.
Law Office of Robert P. Pickering
142 Jefferson Street
P.O. Box 2455
Hartford, CT  06146-2455

Hugh F. Keefe, Esq.  
Lynch, Traub, Keefe & Errante  
52 Trumbull Street  
P.O. Box 1612  
New Haven, CT  06506-1612  

Kevin A. Randolph, Esq.  
15 Mountford Street  
Hartford, CT  06114  

Auden Grogins, Esq.  
Grogins & Grogins  
400 Stillson Road  
Fairfield, CT  06430  

Robert Y. Altchiler, Esq.  
191 Post Road West  
Westport, CT 06880  

John T. Walkley, Esq.  
450 Monroe Turnpike  
Suite 101  
Monroe, CT  06468  

Timothy P. Pothin, Esq.  
Lynch, Traub, Keefe and Errante  
52 Trumbull Street  
P.O. Box 1612  
New Haven, CT  06506  

Francis L. O'Reilly, Esq.  
87 Ruane Street  
Fairfield, CT  06430  

Phillip D. Russell, Esq.  
71 Lewis Street  
P.O. Box 1437  
Greenwich, CT 06836  

Emili Vaziri, Esq.  
160 Plainfield Street  
Providence, RI  02909  

John Loconsola, Jr., Esq.  
146 High Street  
Enfield, CT  06802  

Lawrence S. Hopkins, Esq.  
50 Elm Street  
New Haven, CT  06510  

Kurt F. Zimmerman, Esq.  
Silverstein & Osach  
P.O. Box 1727  
New Haven, CT 06507-1727  

William F. Dow, III, Esq.  
Jacobs, Grudberg, Belt & Dow  
350 Orange Street  
P.O. Box 606  
New Haven, CT  06503  

Robert Golger, Esq.  
Quatrella & Rizio  
One Post Road  
P.O. Box 320019  
Fairfield, CT  06432

Richard S. Cramer, Esq.  
449 Silas Deane Highway  
Wethersfield, CT  06109

Erskine D. MacIntosh, Esq.  
900 Chapel Street  
#535  
New Haven, CT  06510-2809

Justin T. Smith, Esq.  
683 State Street  
New Haven, CT  06508

_____  
Bruce D. Koffsky