*November 4, 2004. Granted. The sentencing is hereby rescheduled to February 18, 2005 at 9:30 a.m. So ordered.*

*Robert N. Chatigny, U.S.D.J.*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | : | CASE NO.: 3:03CR198 (RNC) |
| v. | : | |
| CARLOS LEBRON, DEFENDANT | : | NOVEMBER 3, 2004 |

### DEFENDANT CARLOS LEBRON'S
### MOTION FOR CONTINUANCE OF SENTENCE

The defendant, CARLOS LEBRON, by and through undersigned counsel, respectfully moves this Court to continue his sentencing date for ninety (90) days. Mr. Lebron's sentencing date is currently scheduled for November 8, 2004. In support of this motion, defense counsel represents as follows:

1. On or about October 2, 2003, the defendant pled guilty to one count of Conspiracy To Distribute Narcotics in violation of 21 U.S.C. §§841 and 846.

2. Since that date, the defendant has been interviewed by the United States Attorney's Office and members of law enforcement for the purposes of assisting in the prosecution of federal crimes. The defendant's assistance