UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:03CR198 (RNC) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| CARLOS LEBRON, | : | |
| DEFENDANT | : | June 8, 2005 |

**DEFENDANT CARLOS LEBRON'S**
**MOTION FOR CONTINUANCE OF SENTENCE**

The defendant, CARLOS LEBRON, by and through undersigned counsel, respectfully moves this Court to continue his sentencing date for thirty (30) days. Mr. Lebron's sentencing date is currently scheduled for June 24, 2005. In support of this motion, defense counsel represents as follows:

1. On or about October 2, 2003, the defendant pled guilty to one count of Conspiracy To Distribute Narcotics in violation of 21 U.S.C. §§841 and 846.

2. Since that date, the defendant has been interviewed by the United States Attorney's Office and members of law enforcement for the purposes of assisting in the prosecution of federal crimes. The defendant's assistance

has been completed and the undersigned now expects that the government will be filing a motion with the Court pursuant to U.S.S.G. § 5K1.1. The undersigned additionally will be filing a Memorandum in Aid of Sentencing bringing to the Court's attention matters that the undersigned believes will aid the Court in determining an appropriate sentence in this matter.

3. The undersigned believes that the interests of justice would be furthered by allowing the defendant to continue to assist law enforcement prior to his sentencing.

4. The undersigned has spoken to Assistant United States Attorney H. Gordon Hall regarding the defendant's motion, and the government does not object to the undersigned's request.

5. This is CARLOS LEBRON'S fifth motion for a continuance of his sentencing date.

WHEREFORE, the defendant CARLOS LEBRON respectfully requests that his

motion for a continuance of sentencing be granted.

          RESPECTFULLY SUBMITTED,

          THE DEFENDANT,
          CARLOS LEBRON


BY_____
    Bruce D. Koffsky, Esq.
    Law Offices of Bruce Donald Koffsky
    1200 Summer Street
    Suite 201B
    Stamford, CT  06905
    Tel.: 203-327-1500
    Fax: 203-327-7660
    Federal Bar No.: ct03772

# **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, via U.S. Mail, postage prepaid, this 8th day of June, 2005 to all counsel and pro se parties of record as follows:

AUSA Peter Markle  
Office of the United States Attorney  
Connecticut Financial Center  
157 Church Street  
23rd Floor  
New Haven, CT  06510

AUSA H. Gordon Hall  
Office of the United States Attorney  
Connecticut Financial Center  
157 Church Street  
23rd Floor  
New Haven, CT  06510

United States Probation Officer Joseph Montesi  
United States Probation Office  
Connecticut Financial Center  
157 Chruch Street  
New Haven, CT  06510

_____  
Bruce D. Koffsky