UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:03CR198 (RNC) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| CARLOS LEBRON, | : | |
| DEFENDANT | : | AUGUST 9, 2005 |

### DEFENDANT CARLOS LEBRON'S
### MOTION FOR CONTINUANCE OF SENTENCE

The defendant, CARLOS LEBRON, by and through undersigned counsel, respectfully moves this Court to continue his sentencing date for thirty (30) days until September 12, 2005 at 9:30 a.m. Mr. Lebron's sentencing date is currently scheduled for August 12, 2005. In support of this motion, defense counsel represents as follows:

1. On or about October 2, 2003, the defendant pled guilty to one count of Conspiracy To Distribute Narcotics in violation of 21 U.S.C. §§841 and 846.

2. Since that date, the defendant has been interviewed by the United States Attorney's Office and members of law enforcement for the purposes of assisting in the prosecution of federal crimes. The defendant's assistance

has been completed and the undersigned now expects that the government will be filing a motion with the Court pursuant to U.S.S.G. § 5K1.1. The undersigned additionally will be filing a Memorandum in Aid of Sentencing bringing to the Court's attention matters that the undersigned believes will aid the Court in determining an appropriate sentence in this matter.

3. The undersigned believes that the interests of justice would be furthered by allowing the defendant to continue to assist law enforcement prior to his sentencing.

4. The undersigned has spoken to Assistant United States Attorney H. Gordon Hall regarding the defendant's motion, and the government does not object to the undersigned's request.

5. This is CARLOS LEBRON'S fifth motion for a continuance of his sentencing date.

WHEREFORE, the defendant CARLOS LEBRON respectfully requests that his motion for a continuance of sentencing be granted.

                RESPECTFULLY SUBMITTED,

                THE DEFENDANT,
                CARLOS LEBRON

                BY_____
                  Bruce D. Koffsky, Esq.
                  Law Offices of Bruce Donald Koffsky
                  1200 Summer Street
                  Suite 201B
                  Stamford, CT  06905
                  Tel.: 203-327-1500
                  Fax: 203-327-7660
                  Federal Bar No.: ct03772

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, via Federal Express, this 9th day of August, 2005 to the following:

Clerk of the Court
United States District Court
450 Main Street
Hartford, CT 06103

**and** has been sent via facsimile and U.S. Mail, postage prepaid, this 9th day of August, 2005 to all counsel and pro se parties of record as follows:

| | |
|---|---|
| AUSA Peter Markle | AUSA H. Gordon Hall |
| Office of the United States Attorney | Office of the United States Attorney |
| Connecticut Financial Center | Connecticut Financial Center |
| 157 Church Street | 157 Church Street |
| 23rd Floor | 23rd Floor |
| New Haven, CT  06510 | New Haven, CT  06510 |

United States Probation Officer Joseph Montesi
United States Probation Office
Connecticut Financial Center
157 Church Street
New Haven, CT  06510

_____
Bruce D. Koffsky