UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:03CR198 (RNC) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| CARLOS LEBRON, | : | |
| DEFENDANT | : | SEPTEMBER 15, 2005 |

### DEFENDANT CARLOS LEBRON'S
### MOTION FOR CONTINUANCE OF SENTENCING

The defendant, CARLOS LEBRON, by and through undersigned counsel, respectfully moves this Court to continue his sentencing date for twenty-eight (28) days until October 7, 2005 at 1:00 p.m. Mr. Lebron's sentencing date is currently scheduled for September 12, 2005. In support of this motion, defense counsel represents as follows:

1. On or about October 2, 2003, the defendant pled guilty to one count of Conspiracy To Distribute Narcotics in violation of 21 U.S.C. §§841 and 846.

2. Since that date, the defendant has been interviewed by the United States Attorney's Office and members of law enforcement for the purposes of assisting in the prosecution of federal crimes. The defendant's assistance

has been completed and the undersigned now expects that the government will be filing a motion with the Court pursuant to U.S.S.G. § 5K1.1. The undersigned additionally will be filing a Memorandum in Aid of Sentencing bringing to the Court's attention matters that the undersigned believes will aid the Court in determining an appropriate sentence in this matter.

3. The undersigned believes that the interests of justice would be furthered by allowing the defendant to continue to assist law enforcement prior to his sentencing.

4. The undersigned has spoken to Assistant United States Attorney H. Gordon Hall regarding the defendant's motion, and the government does not object to the undersigned's request.

5. This is CARLOS LEBRON'S sixth motion for a continuance of his sentencing date.

WHEREFORE, the defendant CARLOS LEBRON respectfully requests that his motion for a continuance of sentencing be granted.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
CARLOS LEBRON

BY_____
Bruce D. Koffsky, Esq.
Law Offices of Bruce Donald Koffsky
1200 Summer Street
Suite 201B
Stamford, CT  06905
Tel.: 203-327-1500
Fax: 203-327-7660
Federal Bar No.: ct03772

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, via U.S. Mail, postage prepaid, this 15th day of September, 2005 to all counsel and pro se parties of record as follows:

AUSA Peter Markle
Office of the United States Attorney
Connecticut Financial Center
157 Church Street
23rd Floor
New Haven, CT 06510

AUSA H. Gordon Hall
Office of the United States Attorney
Connecticut Financial Center
157 Church Street
23rd Floor
New Haven, CT 06510

United States Probation Officer Joseph Montesi
United States Probation Office
Connecticut Financial Center
157 Church Street
New Haven, CT 06510

_____
Bruce D. Koffsky