Señores

Juez, fiscal y Jurado

Me dirijo a ustedes con la finalidad de saludarle y al mismo tiempo pedirle Clemencia por José Ramón Peralta el es mi esposo y somos una familia bonita tenemos (6) niños la cual necesitan de su padre.

Tenemos un niño de un (1) año y (10) meses que cuando uno le pregunta por su padre le dice que está en el teléfono y cuando quiere hablar con su padre coge el teléfono y empieza a llamar su papi.

Su de (8 años) era una estudiante con honores despues de ese problema la niña esta atrasada llora mucho por su papi.

Los demas niños estan en la edad de 12 a 15 años que es su peligro es cuando más necesitan de sus padres y por lo tanto necesita una mano más fuerte que es la de su papá.

Yo su esposa sufro mucho porque

hace falta lo necesito para junto educar nuestros hijos y ser una familia feliz por favor se lo ruego le suplico si estuviera frente a ustedes me incaria de rodilla y se lo pediría Amo a mi esposo tengo miedo que se destruella nuestra familia tengan compasión de nosotros lo necesitamos mucho el es un buen hombre como persona, como esposo, como padre y como amigo.

muchas veses cometemos errores pero dice la Biblia no soy quien para Juzgar solo el señor Jesucristo es quien hace Justicia y el que pide perdon tiene que ser perdonado lo cual el esta arrepentido, yo le prometo que el no vuelve hacer lo que hizo, si no yo misma lo entrego a la Justicia.

Pensamiento: Escucha, en el silencio de tu alma la voz de Dios que te esta hablando en este preciso momento y te pide clemencia por su hijo José Ramon peralta.

Se despiden Atentamente
la esposa de José Ramón peralta

Maria Gomez

**Wife's letter**

Gentlemen:

Judge, Attorney, and Jury:

I am pleading to all of you with hope that you will have clemency for my husband Ramon Peralta. We have a beautiful family of six children and they need their father.

We have a boy who is one year and ten months old, when we ask him where is him father? He says my father is in the phone and when he wants to talk to his father he takes the phone and calls papi.

The eight year old was a very good student with honors, after the problem she has fallen behind in school. And all she does is cry for her father.

The rest of the kids are ranging from 12 to 15 years old. It is a critical age, they need their parents and a strong hand like their father.

As his wife I am suffering a lot. I miss him. I need him to educate our children and be a happy family. I am pleading to all of you. I will go on my knees in front of you if I could. I am afraid that our family would be destroyed, please have compassion on us, we need him very much. He is a good person. He is a good husband. He is a good father and friend.

We all make mistakes, but the Bible says I am not body to judge anyone only our Jesus Christ is who can do justice and whomever asks for forgiveness will be forgiven. I promise he will never do what he did and if he does it, I will be the first one to bring him to justice.

Quote: "Listen, in the silent of your soul, God's voice is talking at this moment and he is pleading for the forgiveness of his son Jose Ramon Peralta.

Sincerely yours,


Maria Gomez
Wife of Jose Ramon Peralta

1/4/04.

Para: Bruce Donald Koffsky.

hola Como esta espero que este Bien, yo no estoy tan Bien, Porque me ase falta mi padre, espero que usted lo ayude Bastante, por que lo enesecitamos muchisimo, usted no sabe cuanto lo estrañamos, lo queremos muchisimo, porque el es una buena persona a qui estamos toda su familia, es como decirle qué, es mas no encuentro ni como decirle, le voi a poner un ejemplo: Como sintiera usted lejo de su familia, de su espora, sus hijos, sus amigos, sus hermanos etc. No es nada facil, "verdad" por eso quiero que usted nos ayude a sacar a mi papá de ese problema.



Espero que dios le vendiga, para que asi pueda ayudar a mi padre cada dia mas.

1) disculpeme por el Borron no lo quise aser. Bay.

Att: Danilser.

1/04/04

To: Bruce Donald Koffsky.

    Hello, how are you? I hope you are well. I am not fine because I am missing my father I hope you can help him very much. We need him very much you don't know how much I miss him. We love him very much because he is a good person. Here is all his family I don't know how to tell you I cannot find in me how to tell you how I feel. I am going to give you an example: How would you feel if you were far away from your family, your wife, your children, your friends, your brothers etc. That is not easy, "right". That's is why I want you to help us to take my father out of that problem.

I hope God bless you so you can help my father every day.

I am sorry for the cross out, I did not mean to do it.  Bye.

Very truly yours,

Danilsa

Honorable: Señor Juéz U.S.A                6/4/2004

Señor juéz despues de saludarle
Es para al mixmo tiempo expresarles
lo siguiente hacerca de Inocensio Portorreal.
de él tengo para desirle que es una Persona
de muy buena costúmbre y buenos modales.
Aúnque no boy a negarle, Que como todo sér huma-
no. que tienes los piés sobre latierra. Puede
Cometer Cualquier falta. unas veces nos juzgán
Por apariencias, otras veces nos embuelven
en cosas que no estamos. Pero señor juéz yo
téngo la confiánza en dios primero. y sé que
si le destinarón para que ústed sea juéz es
Porque de verdad creo que ústed lo merece.
Téngo la fe en Dios y ústed. Que pueda darse
Cuenta del valor y la buena personalidad
de Inósencio Portorreal. y espero que ústed
le pueda enviar a él a la sociedad, En donde
de verdad creo que él merese estar.
Honorable señor juéz: Que Dios todo poderoso
le vendiga.

Se despide: Rafael peralta

Honorable Mr. Judge USA                                     6/4/2004


Mr. Judge, after the greeting and at the same time to express the following about Inocensio Portorreal. I have to tell you about him that he is a good person with very good costumes and good manners. Even though I am not going to deny that every human being that has their feet on the ground could make a mistake. Sometimes we are judged for our appearance and other times they could get us involved in things that we are not involved. Mr. Judge I trust in God and I know that is you have been appointed to be a judge is because you deserve it. I trust in God and in you that you will help recognize the values and good personality of Inocensio Portorreal. I hope you can send him back into society that is where I truly believe he deserves to be.

Honorable Mr. Judge: May God almighty bless you.

Very truly yours,


Rafael Peralta

7/4/2004

Señor Juez Le suscribo esta carta para que usted tenga toda la consideración con el señor inocencio portareal ya que el mismo mencionado mas ariba es un señor muy oneto con todo y amitoso con todos su amigo y amable con todos su familia.

Ademas es un señor muy serio cuando ace un negocio con cualquiera persona con su banco o ajencia donde a echo negocio.

Esperamos que usted tenes todas la consideracioe para inasencio portareal.

Señor Juez contamos con uste aun no los conosemos pero sabemos que ustedes son despues de Jueses son conosedores de la verda o mentira.

Contamos con uste

nenbres
Sergio antonio fernandeC.

Firma
[signature]

7/4/2004

    Mr. Judge I write this letter asking for consideration towards Mr. Inocencio Portoreal. Mr. Inocencio Portoreal is very honest with everyone, and friendly with all his friends and family. He is also very responsible person when it comes to do business with him at the bank or agencies. We hope you will take all consideration toward Inocencio Portoreal. Mr. Judge we hope we can count on you. We do not know you but we know that as a judge you will know the truth from the lie.

We are counting on you.
Sincerely
Name                                                                                 Signature
Sergio Antonio Fernandez C.

10/7/2004

señor Juez se escrivo esta carta para que uste tenga toda la conciderasion posible con el señor inocencio portoreal yo que es un señor mui serio tanbien es amitoso con todos su amigo y amable con toda su familia Esperamos que tenga toda concideracion pacible para el señor mencionado ariba

señor Juez aga todos los pacible para que el señor inocencio portoreal pueda estar Junto a su yjo ya que lo espera nos tro Dios contamos con uste

señor dejamos esto en su mano porque solo uste puede permitir que su yjo pueda ver su Hijos ya siempre esta mami cuado viene por

Esperamos que la dicicion de uste ya que sabemos que solo uste y nadie mas que uste conose la verda y la mentira

mul
atti
Barieta peralta

10/4/2004

Mr. Judge: I am writing this letter asking you consideration for Mr. Inocensio Portorreal. He is a serious person he is also friendly with all his friends and all his family. I hope you can take all considerations for the person mentioned above.

Mr. Judge do everything that is possible for Mr. Inocensio Portorreal so that he can be with his son because he is waiting for him. We trust in God and you.

Mr. we leave this in your hands because only you could make it possible that he could see his children. They are always asking: Mami, When is daddy coming?

I hope that your decision will help Inocensio because you know between the truth and the lies

Sincerely yours,


Berieta Peralta

La Vega Rep. Dom. 31/4/04

Para:
Bruce Donald Kapfsky.

Hola Como esta bien
querido Bruce le escribo esta letra
para decirle que ayude a mi papá
por que el tiene una familia
y hace mucha falta por que el
tiene una familia que mantener
y es educarlos con el amor de
padre por que el es muy bueno
con toda la gente y yo quiero
que usted lo ayude yo con migo
en usted ayudelo por favor se lo
pido con el corazón por que el
hace mucha falta a lado nosotro
y principal a su hijo José Raul
que es el mas chiquito por que
vas a crecer sin su padres.

Por favor ayudelo se lo pido por
favor y se lo pide su hijo José
con toda su fe en usted señor Bruce
y se lo pide la familia entera
Por favor ayudelo

bay

att. José

La Vega Rep. Dom. 31/4/04

To: Bruce Donald Koffsky:

Hello, how are you? Fine?

Dear Bruce I am writing these words to ask you to help my father, he has a family and we miss him very much. He has to support and educate our family and he will do it with all his love because he is a very good person with all the people. I want to ask you please help him. I am asking this with all my heart because we miss him very much. I also want to ask you especially on behalf of his youngest son Jose Raul because he is going to grow up without his father.

Please help him, I am asking for this favor and behalf of his son Jose we put our faith in you Mr. Bruce and the entire family is asking you to help us.

Bye,


Very truly yours,


Jose

para: Bruce Donald Noffsry

Primeramente le escribo esta palabras para saludarlo y quisiera compartir con usted un sentimiento que llebo aqui dentro de mi, quiero decirle que ayude a mi padre, el Tiene una familia que cuidar y protejer sin el nuestra familia no es lo mismo el es bueno, onesto creale, el noquiere mucho y quisiera estar con nosotros como nosotro con el si usted le ayuda a que salga pronto de ese problema yo le doy la gracia de toda forma entiendame yo soy su hija paola Tengo 14 año y lo nesecito mucho, el es mi padre y lo Quiero mucho.

To: Bruce Donald Koffsky

       First of all I am writing these words to say hello and I would like to share a thought that I have inside of me. I want to tell you to help my father, he has a family that he has to protect and take care of without him our family is not the same, He is good, he is honest, believe in him. He loves us a lot and he wants to be with us just like we want to be with him. If you help him to get out of there soon I will be thankful in every way. I am his daughter Paola I am 14 years old and I need him very much. He is my father and I love him very much.

Case 3:03-cr-00198-RNC   Document 1022-2   Filed 10/05/2005   Page 15 of 19

Para: Bruce Donald Koffsky

Hola comote ciete es pero que te cieta muy vien yo quiero que tu saque a mi papá deca problema el no iso nada malo por favol sacalo deay para que el pueda dufrutal con su familia porque yo quiero vera mi papá proto Porfavol aga todo lo que uste pueda porfavol soy yo su hija mas pequeña de 8 años

yo espero que el salga muy proto porfavol aga todo lo pocible.

atetamete: Rianny

To: Bruce Donald Koffsky

Hello, How are you? I hope you are feeling well. I would like to ask you to help my father and help him with the problem. He did not do anything wrong. Take him out of there so he can enjoy his life with his family. I want to see my father very soon. Please do that favor, I am his younger daughter and I am eight years old.

I hope he can get out very soon please do everything that is possible.


Very truly yours,



Rianny

### A QUIEN PUEDA INTERESAR

En la Ciudad, Municipio Y Provincia De La Vega República Dominicana, a los catorce (14) días del mes de abril del año Dos Mil Cuatro (2004)

La infrascrita, Notario Público de los del número y para el Municipio de La Vega, República Dominicana, Licenciada Dulce Angelita Duran Abreu, dominicana, mayor de edad, abogada de los Tribunales de la Republica Dominicana, con domicilio y residencia sito en esta ciudad de La Vega.

Os Tengo a Bien Certificar y Declara que el señor José Ramón Peralta Espinal, dominicano, mayor de edad, casado, hacendado. Puedo acreditar, que dicho señor ha sido mi cliente por espacio de más de diez (10) años, en los cuales ha demostrado ser un hombre honesto, buen padre de familia y dedicado a su trabajo, como hombre laborioso; dedicado al cultivo más importante y prioritario y de mayor dividendos económicos en la Republica Dominicana: El cultivo del arroz.

Constituyendo un asombro, para todos los que le conocemos, especialmente para el sector productivo agrícola: que es la clase a la cual él pertenece. Por lo traumática y lesiva que es la situación en la que se encuentra actualmente. No sólo para el señor José Ramón Peralta Espinal, como ente social, sino por el estado de orfandad material y psicológica, en que se encuentran sus seis (6) hijos menores, cuyas edades oscilan entre uno (1) y quince (15) años de edad.

Todo esto constituye un dolor y un quebrantamiento para su pareja e hijos menores; lo cual se ha expresado en su bajo rendimiento escolar, producto, del caótico estado emocional que están atravesando. Ya que como padre de familia dicho señor constituía el sustento de dicho hogar.

Por lo cual con el mayor respeto y a favor de esta familia extrajudicialmente, les solicito la mayor de las clemencias; apelando a las circunstancias atenuantes que confieren las leyes de cada país y apelando también a los derechos humanos.

Ante tal infortunio, clamo ante quien sea de lugar en nombre de este ciudadano dominicano y a favor de dichos menores.

Gracias anticipadas.

Respetuosamente,

Lic. Dulce Angelita Duran Abreu
Abogado-Notario
LA VEGA, R.D.

To Whom It May Concern:

In the City, Province and Town Hall of De La Vega Dominican Republic. At fourteen (14) day of the month of April year two thousand and four (2004).

The undersigned Notary Public of the Town Hall De La Vega Dominican Republic. Attorney: Dulce Angelita Duran Abreu, Dominican; of age, attorney at the Tribunals of Dominican Republic, with residence located in the city De la Vega.

I state and certify, that Mr. Jose Ramon Peralta Espinal, Dominican, of age, married, land owner, that Mr. name above mentioned has been my client for a period of more than ten years during all that time he has been an honest man, good family father and dedicated to his work, hard working man, devoted to farm the most important and priority dividends in the economy of Dominican Republic: Cultivation of Rice.

Amazed Component, for everyone who knows him, specially in the agricultural sector, that is the class that he is part of. For the Traumatic and painful situation he is in now; not only for Mr. Jose Ramon Peralta Espinal, social entity, but for the psychological material orphanage situation in which his six (6) young children are found, ages range between one (1) year to fifteen (15) years of age.

All of this constitute pain and break down for the couple and the young children; their performance at school has been deteriorating, product of the Chaotic emotional state they are undergoing. As their father was the one who provided for the family.

That is why with great respect and in the name of their family I am pleading for clemency; appeal to the extenuating circumstances of the law of each country pleading also for human rights.

Before such misfortune. I plea before you in the name of a Dominican citizen and in his favor.

Anticipated Thanks,
Respectfully
Atty: Dulce Argelita Duran Abreu