United States District Court
District of Connecticut
FILED AT HARTFORD
10/7/05
Kevin F. Rowe, Clerk
By: S. Walker
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 3:03CR198 (RNC) |
| | : |
| JOSE PERALTA, aka "Carlos Lebron," aka "Inocencio Portoreal" | : October 7, 2005 |

### STIPULATION TO NARCOTICS ATTRIBUTION

Pursuant to section 6B1.4 of the Sentencing Guidelines, the defendant and the Government hereby stipulate as follows: that the Guidelines equivalent of at least 1 kilogram but less than 3 kilograms of heroin was reasonably forseeable to the defendant as a result of his participation in the conspiracy charged in Count One of the indictment, and is the quantity commensurate with his criminal activity which forms the basis of the violations charged in the indictment and the relevant conduct of the defendant, U.S.S.G. § 1B1.3, app. note 1; and that the defendant was a manager in the conspiracy and the conspiracy involved five or more people and was otherwise extensive, U.S.S.G. § 3B1.1(b). The parties understand and agree that the defendant's offense level is based on information known to the Government from sources other than any debriefing of the defendant. The defendant expressly understands that this stipulation and agreement are not binding on the Court. The defendant also understands that the Government and the United States Probation Office are obligated to advise the Court of any

additional relevant facts that subsequently come to their attention.

_____
BRUCE D. KOFFSKY
ATTORNEY FOR JOSE PERALTA

_____
JOSE PERALTA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT05153
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was faxxed on October 7, 2005 to:

Bruce Koffsky, Esq.
1200 Summer Street, Suite 201B
Stamford, CT 06905

H. Gordon Hall
Assistant U.S. Attorney